IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOSEPH FURANDO, | ) No. 13-cr-000189-SEB-TAB-04 |
| Defendants. | ) |
| | ) |
| CHRISTINE M. FURANDO, GREEN GREASE, LLC, JUNGLE HABITAT PROPERTIES, LLC, and SUMMIT PERFORMANCE SOLUTIONS, LLC, | ) |
| Claimants. | ) |

**LIEN HOLDERS JOINT STATUS REPORT**

NOW COMES lien holder, Stephen M. Komie of Komie and Associates in proper person pursuant to the order of the Magistrate to prepare and file a status report. In support thereof states as follows:

1. That pursuant to the request of Plaintiff's counsel, Mrs. Woods, Magistrate Baker held a post judgment conference with the attorneys of record. The subject matter of the conference was to resolve post judgment issues.

2. That during the conference, the Court suggested the parties come to a negotiated settlement of post judgment claims.

3. That subsequent to the settlement conference the following information reflects the current status of the case.

    a) According to Zillow.com and other online listings for the residence, which is being sold by the Marshal's Service, it was taken off the market on January 30, 2023 and it is currently not listed for sale.

    b) That Stephen Komie has an attorney's lien for 50% of the gross proceeds plus costs recovered on behalf of Mrs. Furando.

    c) That the Plaintiff-Relator and the United States in a related action filed in this district (U.S. ex rel. Alexander Chepurko v. Christine Furando, No. 1:14-cv-00377) has an enforceable settlement for 20% of the proceeds to be received by Mrs. Furando.

    d) That it is currently impossible to determine the dollar value of the net proceeds from the sale of the residence until the sale is finalized and the funds are paid to the United States Marshal's Service.

4. That in light of the lack of a qualified dollar value of the two pending liens, Mr. Komie suggests that the Court defer the matter until the house is sold and the parties have a known amount of proceeds to distribute.

5. That undersigned counsel has spoken to Mr. Colapinto, counsel for Plaintiff-Relator Alexander Chepurko, who agrees the matter should be deferred until the amounts due to lien holders are quantified and capable of being negotiated.

6. That the undersigned counsel has spoken with Robert Garibaldi, Esq., attorney for Christine Furando. Mr. Garibaldi does not object to deferring

      this matter until such time as the Marshals Service files a report of sale, as the dollar values that will be applicable to post-judgment matters are currently unknown.

7. That, at the time of this status report, the government has not yet commented on the proposal to defer.

8. That it is in the interest of the economy of the Court's time and resources that lien holders request deferment of post-judgment matters until there is a Report of Sale.

WHEREFORE, lien holders request that the Magistrate defer any post judgment action in this case until such time as the Marshals Service has a Report of Sale of the residence.

                Respectfully submitted,

                Stephen M. Komie
                KOMIE AND ASSOCIATES,
                counsel for Claimants

By:   /s/ Stephen M. Komie
       Stephen M. Komie, *pro hac vice*
       Komie and Associates
       One N. LaSalle Street, Suite 4200
       Chicago, Illinois  60602
       (312) 263-2800
       Stephen_m_komie@komie-and-associates.com

## **CERTIFICATE OF SERVICE**

TO:  Shelese M. Woods, AUSA  
      United States Attorney's Office  
      10 West Market Street, Ste 2100  
      Indianapolis, Indiana 46204  
      shelese.woods@usdoj.gov

David Colapinto, Esq.  
Kohn, Kohn, & Colapinto  
1710 N Street, NW  
Washington, D.C. 20036  
dc@kkc.com

Robert L. Garibaldi, Jr., Esq.  
Garibaldi & Garibaldi, L.L.C.  
266 Harristown Road - Suite 306  
Glen Rock, NJ 07452  
rgaribaldi@garibaldillc.com

Kelly Rota, AUSA  
United States Attorney's Office  
10 West Market Street, Ste 2100  
Indianapolis, Indiana 46204  
Kelly.Rota@usdoj.gov

     I hereby certify that on February 8, 2023 a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

                           /s/ Stephen M. Komie  
                           Claimants' Attorney  
                           Stephen M. Komie, *pro hac vice*  
                           Komie and Associates  
                           One N. LaSalle Street, Suite 4200  
                           Chicago, Illinois 60602  
                           Telephone: (312) 263-2800  
                           Stephen_m_komie@komie-and-associates.com